# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139345-7 & (76)

CHRISTOPHER LEE DUNCAN, BILLY JOE
BURR, JR., STEVEN CONNOR, ANTONIO
TAYLOR, JOSE DAVILA, JENNIFER
O'SULLIVAN, CHRISTOPHER MANIES, and
BRIAN SECREST,
            Plaintiffs-Appellees,

v

STATE OF MICHIGAN and GOVERNOR OF
MICHIGAN,
            Defendants-Appellants.

SC: 139345-7
COA: 278652, 278858, 278860
Ingham CC: 07-000242-CZ

_____/

On order of the Court, the motion for leave to file supplemental authority is GRANTED. The application for leave to appeal the June 11, 2009 judgment of the Court of Appeals is considered, and it is GRANTED.

The Clerk of the Court is directed to place this case on the April 2010 session calendar for argument and submission. Appellants' brief and appendix must be filed no later than February 8, 2010, and appellees' brief and appendix, if appellees choose to submit an appendix, must be filed no later than March 11, 2010.

The Criminal Law Section of the State Bar of Michigan, the Prosecuting Attorneys Association of Michigan, and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae, to be filed no later than March 29, 2010. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae, to be filed no later than March 29, 2010.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2009

_Corbin R. Davis_
Clerk

1217